NICHOLAS PETERSDORF, Appellant, v. FRANCIS O'HAGAN et al., Defendants, and NEW YORK DUGAN BROTHERS, INCORPORATED, et al., Respondents.—

Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.